IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AZADEH DEHGHANI,

    Plaintiff,

v.                                                                     No. 2:25-cv-0052 MIS/DLM

DORA CASTRO,
*Otero Processing Center Warden*,

    Defendant.

## ORDER DENYING MOTION AND SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court following Plaintiff's motion for a hearing (Doc. 5), and a telephonic status conference (*see* Doc. 8). As discussed at the status conference, the Court will **DENY** Plaintiff's motion for noncompliance with D.N.M. LR-Civ. 7.1(a). Additionally, the Court will order an expedited briefing schedule on Plaintiff's expedited removal order, an injunction preventing removal, and release from custody. Plaintiff shall file her principal brief by **February 14, 2025**. The Government shall file its response brief by **February 21, 2025**. No reply brief will be allowed.

    **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE