# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

AZADEH DEHGHANI,

      Petitioner,

v.   No. 2:25-cv-0052 MIS/DLM

DORA CASTRO,
*Otero Processing Center Warden*,

      Respondent.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court sua sponte. Petitioner Azadeh Dehghani, confined at the Otero Processing Center, filed a federal habeas corpus petition, under 28 U.S.C. § 2241, in which she challenges her immigration detention and requests that she be released. (Doc. 1.) The Court held a status conference on February 6, 2025, where Petitioner stated that their expedited removal, under 8 U.S.C. § 1225, from the United States was scheduled for the end of February 2025. (Doc. 8.)

> The scope of judicial review of orders of removal under § 1225(b)(1) is extremely narrow. With very limited exceptions, "no court shall have jurisdiction to review . . . any individual determination or to entertain any other cause or claim arising from or relating to the implementation or operation of an order of removal pursuant to section 1225(b)(1)." 8 U.S.C. § 1252(a)(2)(A)(i). Specifically, no court has jurisdiction to review "a decision by the Attorney General to invoke the provisions of [§ 1225(b)(1)]," "the application of [that] section to individual aliens," or "procedures and policies adopted by the Attorney General to implement [that section]." *Id.* at § 1252(a)(2)(A)(ii)-(iv). Judicial review of determinations made under § 1225(b)(1) is available in habeas corpus proceedings, but such review is ***limited*** to determinations of (A) whether the petitioner is an alien, (B) whether the petitioner was ordered removed under such section, and (C) whether the petitioner can prove by a preponderance of the evidence that the petitioner is an alien lawfully admitted for permanent residence, has been admitted as a refugee . . . or has been granted asylum.

*Vaupel v. Ortiz*, 244 Fed. Appx. 892, 894 (10th Cir. 2007) (emphasis added).

2

The Court hereby orders Petitioner to show cause, no later than **Wednesday, February 26, 2025, at 12:00pm**, that this Court has jurisdiction to hear her Section 2241 petition.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE