IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AZADEH DEHGHANI,

    Petitioner,

v.                                                              No. 2:25-cv-0052 MIS/DLM

DORA CASTRO,
*Otero Processing Center Warden*,

    Respondent.

## ORDER DENYING SECOND MOTION FOR WRIT OF HABEAS

**THIS MATTER** is before the Court on Petitioner's second motion for a writ of habeas corpus ad testificandum. (Doc. 15.) To be clear, there is ***no*** hearing scheduled regarding the Court's show cause order. (Doc. 12.) The Court clearly reiterated this both when counsel for Petitioner's staff called the Court regarding the purported hearing, and when the Court denied Petitioner's first motion for a writ of habeas corpus ad testificandum. (Doc. 14.)

As was made clear in the Court's last Order regarding this issue, Petitioner's response to the show cause order must be submitted in writing. Counsel for Petitioner are also reminded that the Court has authority to impose sanctions for their failure to comply with Court orders. *See Rathbun v. Bannister*, No. 22-cv-0053, 2023 WL 4178061, at *1 (D.N.M. June 26, 2023) (citing *Olsen v. Mapes*, 333 F.3d 1199, 1204 (10th Cir. 2003); *Martinez v. Internal Revenue Serv.*, 744 F.2d 71, 73 (10th Cir. 1984)).

**IT IS THEREFORE ORDERED** that Petitioner's second motion is again **DENIED** and the Court reiterates that its show cause order requires Petitioner to explain ***in writing*** how this Court has jurisdiction to review the validity of Petitioner's expedited removal order or to grant

2

the relief Petitioner is requesting, no later than **Wednesday, February 26, 2025, at 12:00 p.m**. **MST**.

  **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

2