## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

AZADEH DEHGHANI,

       Petitioner,

v.                                                    No. 2:25-cv-0052 MIS/DLM

DORA CASTRO,
*Otero Processing Center Warden*,

       Respondent.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Petitioner's response to the Court's show cause order. (Docs. 12; 17.) In her response, counsel for Petitioner states that Ms. Dehghani may have been removed from the United States. (*See* Doc. 17 ¶ 6.) Accordingly, the Court finds the following order should be entered:

**IT IS ORDERED** that, by **March 5, 2025**, Respondent will confirm with this Court whether Petitioner has been removed from the United States.

**IT IS FURTHER ORDERED** that, no later than **March 7, 2025**, Petitioner shall show cause, ***in writing***, as to whether her removal changes the posture of this case or any arguments made in support, including:

- whether the Court has jurisdiction to consider the habeas petition of a person already removed from the United States; and

- whether Petitioner's removal moots her habeas petition.

Also, Petitioner **shall** provide relevant authority in support of her contentions.[1] And Petitioner must include in her response Petitioner's immigration status prior to December 2024, including the specific type of visa she was issued and dates of issuance and expiration, if in the United States lawfully. Respondent shall file an expedited response no later than **March 10, 2025**. No reply will be allowed.

   **IT IS SO ORDERED.**

                       _____
                        DAMIAN L. MARTINEZ
                        UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is further reminded to comply with all Federal Rules of Civil Procedure and the Local Rules. Previously, counsel for Petitioner failed three times to comply with D.N.M. LR-Civ. 7.1(a) when filing his motions and the Court has authority to impose sanctions for failure to comply with Court orders. *See Rathbun v. Bannister*, No. 22-cv-0053, 2023 WL 4178061, at *1 (D.N.M. June 26, 2023) (citing *Olsen v. Mapes*, 333 F.3d 1199, 1204 (10th Cir. 2003); *Martinez v. Internal Revenue Serv.*, 744 F.2d 71, 73 (10th Cir. 1984)).