IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AZADEH DEHGHANI,

      Petitioner,

v.                                                           No. 2:25-cv-0052 MIS/DLM

DORA CASTRO,
*Otero Processing Center Warden*,

      Respondent.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court after Petitioner Azadeh Dehghani filed her response to the Court's show cause order. (Doc. 20.) In her response, counsel for Petitioner cites a number of cases in support of his argument that the Court is unable to locate. For example:

- *Moncada v. Ruiz*, 518 F. Supp 3d 708 (D.N.M. 2021);

- *Vega-Mendoza v. Homeland Security*, 382 F. Supp 3d 1209 (D.N.M. 2019);

- *Morales v. ICE Field Office Director*, 541 F. Supp 3d 1154 (D.N.M. 2021);

- *Meza v. United States Attorney General*, 130 F. Supp. 3d 1052 (N.D. Tex. 2015);

- *Hernandez v. Sessions*, 298 F. Supp. 3d 1366 (D.N.M. 2018);

- *Ramirez v. DHS*, 338 F. Supp. 3d 1 (D.N.M. 2020).

The Court hereby orders Petitioner to show cause, no later than **Friday, March 14, 2025, at 12:00 p.m.**, that these cases exist by sending PDF versions of each case to martinezchambers@nmd.uscourts.gov, so the Court may better understand counsel's argument. If counsel is unable to provide PDF copies of each case, he shall appear in-person for a show cause hearing on **Wednesday, March 26, 2025, at 9:00 a.m. at the United States Courthouse,**

**100 N. Church Street, Las Cruces, NM, 88001**, in the Doña Ana Courtroom,[1] to explain the provenance of these cases and how he drafted his brief.

    **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Should Respondent wish to appear by Zoom, they must file a motion seeking permission.