IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AZADEH DEHGHANI,

        Petitioner,

v.                                              No. 2:25-cv-0052 MIS/DLM

DORA CASTRO,
*Otero Processing Center Warden*,

        Respondent.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court after Petitioner Azadeh Dehghani emailed the Court in response to the Court's show cause order. (Doc. 22.) The Court hereby orders Petitioner, and all counsel that have filed appearances, to appear in-person for a show cause hearing on **Wednesday, March 26, 2025, at 8:30 a.m. at the United States Courthouse, 100 N. Church Street, Las Cruces, NM, 88001**, in the Organ Courtroom, to discuss why Petitioner's habeas petition should not be dismissed and why sanctions should not be imposed against counsel for Petitioner. The parties are reminded that the Court has authority to impose sanctions. *See Rathbun v. Bannister*, No. 22-cv-0053, 2023 WL 4178061, at *1 (D.N.M. June 26, 2023) (citing *Olsen v. Mapes*, 333 F.3d 1199, 1204 (10th Cir. 2003); *Martinez v. Internal Revenue Serv.*, 744 F.2d 71, 73 (10th Cir. 1984)).

        **IT IS SO ORDERED.**

                                                          _____
                                                          DAMIAN L. MARTINEZ
                                                          UNITED STATES MAGISTRATE JUDGE