IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AZADEH DEHGHANI,

    Petitioner,

v.                                             No. 2:25-cv-00052-MIS-DLM

DORA CASTRO,

    Respondent.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order of Dismissal entered September 24, 2025, and the Court's Order Denying Certificate of Appealability entered contemporaneously herewith, the Court hereby issues its separate judgment finally disposing of this civil case.

                                                   _____
                                                   **MARGARET STRICKLAND**
                                                   UNITED STATES DISTRICT JUDGE